## Town of Cambridge v. Town of Essex

[ 204 A.2d 158 ]

June Term, 1964

Present: Holden, C. J., Shangraw, Barney, Smith and Sylvester, JJ.

Opinion Filed October 6, 1964

*Clifton G. Parker* for plaintiff.

*Philip A. Kolvoord* for defendant.

**Barney, J.** The pauper settlement of Antonia Pecor is the single question at issue in this litigation. It is entirely disposed of favorably to the defendant in *Town of Cambridge* v. *Town of Underhill,* 124 Vt. 237, 204 A.2d 155 which was consolidated with this case for purposes of argument. The law applicable to this appeal is set forth in that opinion. The lower court in this case correctly found for the defendant.

*Judgment affirmed.*